JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV  89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANDI KRAJA,<br><br>                 Plaintiff,<br><br>       vs.<br><br>BELLAGIO, LLC, a Nevada Corporation; VINCENT ROTOLO, an individual;  ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>                 Defendants. | Case No.:  2:15-cv-01983-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFF'S AMENDED COMPLAINT AND FOR DEFENDANTS TO REPLY TO RESPONSE**<br><br>**[FIRST REQUEST]** |

It is hereby stipulated by and between the parties, through their respective counsel, that Plaintiff, ANDI KRAJA, ("Plaintiff"), shall have an extension from December 10, 2015, through and including December 17, 2015, in which to file his Response to Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint (Dkt. # 11).   This stipulation is submitted and based upon the following:

1. Plaintiff's filed an Amended Complaint on Friday, November 6, 2015. (Dkt. # 11). On November 23, 2015, Defendants filed a Motion to Partially Dismiss Plaintiff's Amended Complaint. (Dkt. #17).

2. The parties have agreed to stipulate to this one-week extension for Plaintiff to respond to Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint due to Plaintiff's counsel experiencing a family emergency.

3. The parties additionally stipulate to a one-week extension, up to and including January 4, 2016, for Defendants to reply to Plaintiff's response to their Motion to Partially Dismiss Plaintiff's Amended Complaint. This request for an extension of time is due to the winter holidays occurring during the time frame in which Defendants would otherwise be required to reply.

4. These requests for extensions of time are made in good faith and not for purpose of delay.

DATED this 10th day of December 2015.

| /s/ Victoria L. Neal | /s/ Amy L. Baker |
|---|---|
| JAMES P. KEMP, ESQ. | PATRICK H. HICKS, ESQ. |
| VICTORIA L. NEAL, ESQ. | MONTGOMERY Y. PAEK, ESQ. |
| KEMP & KEMP | AMY L. BAKER, ESQ. |
| 7435 W. Azure Drive, Suite 110 | LITTLER MENDELSON, P.C. |
| Las Vegas, NV 89130 | 3960 Howard Hughes Parkway, Suite 300 |
| (702) 258-1183 ph/ (702) 258-6983 fax | Las Vegas, NV 89169 |
| | (702) 862-8800 ph/ (702) 862-8811 fax |

*Attorneys for Plaintiff*     *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 11, 2015.