# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| ANDI KRAJA, | Case No. 2:15-cv-01983-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| BELLAGIO, LLC and VINCENT ROTOLO, | (Dkt. #8) |
| Defendants. | |

In light of the amended complaint (Dkt. #11),

IT IS ORDERED that the defendants' motion to dismiss (Dkt. #8) that was directed at the original complaint is DENIED as moot.

DATED this 18th day of December, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE