1  PATRICK H. HICKS, ESQ., Bar # 004632
   MONTGOMERY Y. PAEK, ESQ., Bar # 10176
2  AMY L. BAKER, ESQ., Bar # 11907
   LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway
   Suite 300
4  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
5  Fax No.:      702.862.8811

6  Attorneys for Defendants
   BELLAGIO, LLC and VINCENT ROTOLO
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDI KRAJA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada Corporation; VINCENT ROTOLO, an individual; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-01983-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO PARTIALLY DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff ANDI KRAJA (hereinafter "Plaintiff") and Defendants BELLAGIO, LLC and VINCENT ROTOLO (hereinafter "Defendants"), by and through their counsel of record, hereby stipulate and agree to extend the time for Defendants to file a Reply in Support of Defendant's Motion to Partially Dismiss Plaintiff's Amended Complaint from the current deadline of January 4, 2016 (**Doc. 21**) up to and including **January 14, 2016**.  This stipulation is submitted as this matter is scheduled for an Early Neutral Evaluation conference on January 7, 2016 (**Doc. 14**) and the parties desire to focus their resources toward the upcoming ENE.

. . .

. . .

. . .

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the second request for an extension of time for Defendants to file their Reply. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: December 30, 2015

Respectfully submitted,

/s/ Victoria L. Neal
JAMES P. KEMP, ESQ.
VICTORIA L. NEAL, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW

Attorneys for Plaintiff
ANDI KRAJA

Dated: December 30, 2015

Respectfully submitted,

/s/ Amy L. Baker
PATRICK H. HICKS, ESQ.
MONTGOMERY Y. PAEK, ESQ.
AMY L. BAKER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
BELLAGIO, LLC and VINCENT ROTOLO

**ORDER**

      **IT IS SO ORDERED.**

Dated: __December 30_____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:137786079.1 060736.1097

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.