UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDI KRAJA,<br><br>  Plaintiff(s),<br><br>vs.<br><br>BELLAGIO, LLC, et al.,<br><br>  Defendant(s). | Case No. 2:15-cv-01983-APG-NJK<br><br>ORDER<br><br>(Docket Nos. 29, 30) |

Pending before the Court are Defendants' emergency motion to strike and motion to extend various discovery deadlines. Docket Nos. 29, 30. In its discretion, the Court finds that Defendants' motion to strike, Docket No. 29, does not warrant expedited review. *See* Local Rule 26-7(d); *Cardoza v. Bloomin' Brands, Inc.*, ___ F. Supp. 3d ___, 2015 WL 6123192, *2 (D. Nev. Oct. 16, 2015). In light of the upcoming discovery deadlines, however, the Court orders that a response to Defendant's motion to extend discovery deadlines (Docket No. 30) must be filed no later than March 4, 2016, and any reply must be filed no later than March 7, 2016.

IT IS SO ORDERED.

DATED: March 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge