UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDI KRAJA,<br><br>            Plaintiff,<br><br>v.<br><br>BELLAGIO, LLC, *et al.*,<br><br>            Defendants. | Case No. 2:15-cv-01983–APG–NJK<br><br>**ORDER DENYING RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER**<br><br>(ECF No. 43, 51, 55) |

        Magistrate Judge Koppe entered an order granting defendants' motion to strike plaintiff's expert. ECF No. 40. Plaintiff Andi Kraja filed a motion asking me to reconsider that order. ECF No. 43. After defendants filed their response (ECF No. 45), Kraja filed a reply (ECF No. 48) without obtaining permission of the court as required by Local Rule IB 3-1(a). Accordingly, defendants moved to strike Kraja's reply. ECF No. 51. That prompted Kraja to file a motion for leave to file his reply. ECF No. 55. I grant defendants' motion to strike the improperly-filed reply, but grant Kraja's motion to leave to file his reply.

        I have reviewed Judge Koppe's Order, Kraja's motion for reconsideration, and the related papers. Judge Koppe's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Therefore,

        **IT IS HEREBY ORDERED** that defendants' motion to strike Kraja's reply **(ECF No. 51) is GRANTED**, and Kraja's motion for leave to file a reply **(ECF No. 55) is GRANTED.**

        **IT IS FURTHER ORDERED** that Magistrate Judge Koppe's Order is affirmed in its entirety, and Kraja's motion for reconsideration **(ECF No. 43) is DENIED.**

        DATED this 29th day of July, 2016.

                                                                         ANDREW P. GORDON<br>
                                                                       UNITED STATES DISTRICT JUDGE