**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANDI KRAJA, | ) | Case No. 2:15-cv-01983-APG-NJK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | ORDER |
| BELLAGIO, LLC, et al., | ) ) | (Docket No. 66) |
| Defendant(s). | ) ) | |

Pending before the Court is Defendants' emergency motion to extend.  Docket No. 66.  A response shall be filed no later than August 4, 2016.  Any reply shall be filed no later than August 8, 2016.

IT IS SO ORDERED.

DATED: August 1, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge