# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDI KRAJA, | Case No. 2:15-cv-01983-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| BELLAGIO, LLC, et al., | |
| Defendant(s). | |

Pending before the Court are a number of motions, Docket Nos. 59, 60, 61, 65, 68, and 83, which are all hereby **SET** for a hearing at 3:00 p.m. on October 4, 2016, in Courtroom 3B.

IT IS SO ORDERED.

DATED: September 12, 2016

_____

NANCY J. KOPPE,
United States Magistrate Judge