# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDI KRAJA, | Case No. 2:15-cv-01983-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| BELLAGIO, LLC, et al., | (Docket No. 123) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend the time to obtain an expert, and related deadlines, by 60 days. Docket No. 123. Defendants' filed a response in partial opposition. Docket No. 127. For good cause shown, Plaintiff's motion is hereby **GRANTED** and the Court sets the following schedule:

- Plaintiff's deadline to obtain a computer forensics expert: June 12, 2017
- Plaintiff's response to Defendants' motions at Docket Nos. 112, 113: June 19, 2017
- Defendants' reply: June 26, 2017
- Evidentiary hearing is **CONTINUED** from May 12, 2017 to 8:30 a.m. on July 11, 2017 in Courtroom 3B. Plaintiff, Mr. Regard, and any expert retained by Plaintiff, must all appear in person to testify at that hearing. The parties may also present other testimony and evidence to support their positions. The parties shall file witness and exhibit lists for that evidentiary hearing by July 3, 2017.

//

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

DATED: April 3, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge