# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDI KRAJA, | Case No. 2:15-cv-01983-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| BELLAGIO, LLC, et al., | (Docket Nos. 112, 113) |
| Defendant(s). | |

Pending before the Court are Defendants' motions for sanctions arising out of a discovery dispute, seeking primarily case-dispositive sanctions and also attorneys' fees. Docket Nos. 112, 113. The request for case-dispositive sanctions is now moot given the orders granting summary judgment and the entry of judgment. Docket No. 125, 132, 133. While the attorneys' fees dispute arguably survives entry of judgment, *see, e.g.*, *United Energy Owners Comm. v. U.S. Energy Mgmt. Sys., Inc.*, 837 F.2d 356, 358 (9th Cir. 1988), it does not appear that the game is worth the candle at this point given the briefing and evidentiary hearing that remain. Accordingly, Defendants shall file a notice indicating whether they are withdrawing their motions. That notice shall be filed by May 4, 2017.

IT IS SO ORDERED.

DATED: April 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge