# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDI KRAJA, | Case No. 2:15-cv-01983-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| BELLAGIO, LLC, et al., | |
| Defendant(s). | |

In light of Defendants' withdrawal of their motions for sanctions, *see* Docket No. 136, the Court hereby **VACATES** the evidentiary hearing set on those motions.

IT IS SO ORDERED.

DATED: May 5, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge