JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
VICTORIA L. NEAL
Nevada Bar No. 13382
KEMP & KEMP
7435 w. Azure Drive, Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/fax (702)258-6983
jp@kemp-attorneys.com
Attorneys for Plaintiff ANDI KRAJA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDI KRAJA, | |
|   Plaintiff, | Case No.: 2:15-cv-01983-APG-NJK |
| vs. | |
| BELLAGIO, LLC, a Nevada Corporation; VINCENT ROTOLO, an individual; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive, | **PLAINTIFF'S NOTICE OF APPEAL** |
|   Defendants. | |

Notice is hereby given that the Plaintiff ANDI KRAJA hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Judgment entered in this action on the 27th day of April, 2017 (District Court's ECF No. 133), and the decision upon which it is based entered and filed the 27th of April, 2017, granting summary judgment to the Defendants and dismissing the Plaintiff's case (ECF No. 132). Additionally Plaintiff appeals from the Order at ECF No. 40 dated April 22, 2016 granting Defendants' Motion to Strike, ECF No. 69 Order Denying Reconsideration of Magistrate Judge's Order dated July 29, 2016, and ECF No. 93 Order on sanctions.

DATED May 26, 2017.

                                         /s/ James P. Kemp
                                 JAMES P. KEMP, ESQUIRE
                                 KEMP & Kemp & Kemp
                                 Attorney for Plaintiff ANDI KRAJA

**CERTIFICATE OF SERVICE**

On May 26, 2017, I served the following:

**PLAINTIFF'S NOTICE OF APPEAL**

On the following persons or parties by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United State Postal Service mail at Las Vegas, Nevada, addressed as follows:

Patrick H. Hicks, Esq.
Montgomery Y. Paek, Esq.
Timothy Roehrs, Esq.
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169

Attorneys for Defendants

**And also on all parties and persons who receive notices through the court's CM/ECF system**

DATED this 26th day of May 2017.

                                                          _____/s/ James P. Kemp_____
                                                          James P. Kemp, Esq.

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DRIVE, SUITE 110
LAS VEGAS, NEVADA 89130
TEL. (702) 258-1183 ♦ Fax (702) 258-6983