UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Andi Kraja, | |
| Plaintiff-Appellant, | District No.  2:15-cv-01983-APG-NJK |
| vs. | |
| | U.S.C.A. No.  17-16105 |
| Bellagio, LLC, et al., | |
| Defendants-Appellees. | |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on  7/18/2018 , issued its judgment REVERSING and REMANDING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS FURTHER ORDERED the court will conduct a status and scheduling conference in Las Vegas Courtroom 6C on Thursday, September 6, 2018 at 11:00 a.m. The parties shall confer before that date to discuss details of the trial, including length and available dates.

Dated this  23rd  day of  August , 2018.

_____
Andrew P. Gordon
United States District Judge