AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Andi Kraja

          Plaintiff,

v.

Bellagio, LLC, et al.

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-01983-APG-NJK

[X]   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ ]   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of the Plaintiff, Andi Kraja and against the Defendants in the amount of $500,000.00.

4/04/19
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk