# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| ANDI KRAJA, | 2:15-cv-01983-APG-NJK |
| Plaintiff, | DATE: April 3, 2019 |
| vs. | JURY MEAL ORDER |
| BELLAGIO, LLC, | |
| Defendant. | |

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED: <u>April 3, 2019</u>

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE