Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Robert A. Ryan, Bar No. 12084
RR@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100

*Attorneys for Defendant, Bellagio, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDI KRAJA, an individual; | Case No. 2:15-cv-01983-APG-NJK |
| Plaintiff, | |
| vs. | **DEFENDANT BELLAGIO, LLC'S PROTECTIVE NOTICE OF APPEAL** |
| BELLAGIO, LLC, a Nevada Corporation; VINCENT ROTOLO, an individual; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive, | |
| Defendants. | |

Notice is hereby given that Defendant Bellagio, LLC, ("Defendant" or "Bellagio") by and through its attorneys, Pisanelli Bice, PLLC, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following: Judgment in a Civil Case (ECF No. 203), and all other decisions and orders made appealable therefrom, including, without limitation:

1. Defendants' Amended Proposed Jury Instructions (ECF No. 183)
2. Jury Instructions (ECF No. 198)
3. Jury Verdict (ECF No. 202)
4. Bill of Costs (ECF No. 207)

//
//
//

1

Bellagio acknowledges that this Notice of Appeal may be premature in light of Bellagio's pending post-trial Motion (ECF No. 214) before the District Court.  However, Bellagio files this Protective Notice of Appeal out of an abundance of caution to preserve all rights.

DATED this 3rd day of May, 2019.

PISANELLI BICE PLLC

By: ___*/s/ Todd L. Bice*___
Todd L. Bice, Esq., Bar No. 4534
Robert A. Ryan, Esq., Bar No. 12084
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Defendant, Bellagio LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of PISANELLI BICE PLLC and that, on this 3rd day of May, 2019, I caused to be served via the Court's CM/ECF service system a true and correct copy of the above and foregoing **DEFENDANT BELLAGIO, LLC'S PROTECTIVE NOTICE OF APPEAL** to the following:

James P. Kemp, Esq.
Victoria L. Neal, Esq.
Kemp & Kemp, Attorneys at Law
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　*/s/ Christi Colucci*
　　　　　　　　　　　　　　An employee of PISANELLI BICE PLLC