TLB@pisanellibice.com
Robert A. Ryan, Bar No. 12084
RR@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100

*Attorneys for Defendant, Bellagio, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDI KRAJA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada Corporation; VINCENT ROTOLO, an individual; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants. | Case No. 2:15-cv-01983-APG-NJK<br><br>**JOINT STATUS REPORT/STIPULATION FOR PROPOSED SCHEDULE**<br><br>**ORDER** |

On September 26, 2019, this Court held a hearing on Defendant Bellagio, LLC's ("Bellagio") Renewed Motion for Judgment as a Matter of Law; or in the Alternative, for a New Trial (the "Motion"). At the hearing, based upon the Court's review of the Motion, the Opposition filed by Plaintiff, Andi Kraja ("Kraja") and Bellagio's Reply and following oral argument from the parties, the Court ordered the parties to meet and confer regarding the scheduling of an evidentiary hearing on Bellagio's Motion, including a schedule for possible discovery prior to the same. Following the hearing, the parties have met and conferred and hereby file the following Joint Status Report/Proposed Schedule:

1. The parties shall be entitled to serve written discovery limited to the evidence surrounding the iPhone used by Kraja to take the photograph introduced at trial as Trial Exhibit 1, along with the availability of any potential iCloud or other electronic backups of said photograph

1

(the "Photograph At Issue").  Any such written discovery shall be served by October 18, 2019. The parties reserve the right to seek additional written discovery, even after this deadline, should good cause exist for such additional discovery.

2. Kraja shall have until November 8, 2019 to retain and disclose an expert report regarding the Visual Evidence.  Kraja reserves the right to seek additional time to retain and disclose an expert report, should the need for such an extension arise.

3. The parties shall have until December 20, 2019 to take the deposition of the opposing party's expert.

4. The evidentiary hearing shall be held on **January 3, 2020 at 1:00 p.m.**  The evidentiary hearing shall be limited to four (4) hours.

DATED this 8th day of October, 2019.

| PISANELLI BICE PLLC | KEMP & KEMP |
|---|---|
| By: /s/ Todd L. Bice<br>Todd L. Bice, Esq., Bar No. 4534<br>Robert A. Ryan, Esq., Bar No. 12084<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 | By: /s/ James P. Kemp<br>James P. Kemp, Esq., Bar No. 6375<br>Victoria L. Neal, Esq., Bar No. 13382<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, Nevada 89130 |
| *Attorneys for Defendant, Bellagio LLC* | *Attorneys for Plaintiff, Andi Kraja* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: October 9, 2019.