JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Andi Kraja*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANDI KRAJA<br><br>Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada Corporation; VINCENT DEFENDANT ROTOLO, an Individual,<br><br>Defendants. | Case No.: 2:15-cv-01983-APG-NJK<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO OBTAIN AN EXPERT AND SUBMIT AN EXPERT REPORT AND ORDER**<br><br>**(FIRST REQUEST)**<br><br>Hearing Date: January 3, 2020 |

On September 26, 2019, the Court ordered the parties meet and confer regarding the scheduling of an evidentiary hearing, including a schedule for possible discovery. The parties met and conferred and on October 8, 2019, submitted a Joint Status Report/Stipulation For Proposed Schedule which was approved by the Court on October 9, 2019. **ECF No. 232**. The Stipulation reads in part "Kraja shall have until November 8, 2019 to retain and disclose an expert report regarding the Visual Evidence. Kraja reserves the right to seek additional time to retain and disclose an expert report, should the need for such an extension arise." **Id. at 2:4-6**. An expert (out of area)

1

has been located and a meeting scheduled for November 11, 2019. It is unknown at this time how long it will take for the expert to draft a report. The parties stipulate that Plaintiff may have up to and including November 21, 2019 in which to submit an expert report, but may request additional time should the need for such an extension arise.

Dated this 6th day of November, 2019.

| KEMP & KEMP | PISANELLI BICE PLLC |
|---|---|
| By: /s/ Victoria L. Neal, Esq.<br>James P. Kemp, Esq., Bar No. 6375<br>Victoria L. Neal, Esq., Bar No. 13382<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, Nevada 89130 | By: /s/ Robert A. Ryan, Esq.<br>Todd L. Bice, Esq., Bar No. 4534<br>Robert A. Ryan, Esq., Bar No. 12084<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff, Andi Kraja* | *Attorneys for Defendant, Bellagio LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 6, 2019.