1  JAMES P. KEMP, ESQ.
2  Nevada Bar No.: 6375
   VICTORIA L. NEAL, ESQ.
3  Nevada Bar No.: 13382
   KEMP & KEMP
4  7435 W. Azure Drive, Ste 110
   Las Vegas, NV  89130
5  702-258-1183 ph./702-258-6983 fax
6  jp@kemp-attorneys.com
   vneal@kemp-attorneys.com
7
   *Attorneys for Plaintiff*
8  *Andi Kraja*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANDI KRAJA<br><br>Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada Corporation; VINCENT DEFENDANT ROTOLO, an Individual,<br><br>Defendants. | Case No.:  2:15-cv-01983-APG-NJK<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO OBTAIN AN EXPERT AND SUBMIT AN EXPERT REPORT AND ORDER**<br><br>**(SECOND REQUEST)**<br><br>Hearing Date: January 3, 2020 |

On September 26, 2019, the Court ordered the parties meet and confer regarding the scheduling of an evidentiary hearing, including a schedule for possible discovery. The parties met and conferred and on October 8, 2019, submitted a Joint Status Report/Stipulation For Proposed Schedule which was approved by the Court on October 9, 2019. **ECF No. 232**.  The Stipulation reads in part "Kraja shall have until November 8, 2019 to retain and disclose an expert report regarding the Visual Evidence.  Kraja reserves the right to seek additional time to retain and disclose an expert report, should the need for such an extension arise." **Id. at 2:4-6**.  An expert (out of area)

1

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DRIVE, SUITE 110
LAS VEGAS, NEVADA 89130
TEL. (702) 258-1183 ♦ Fax (702) 258-6983

has been located and a meeting scheduled for November 11, 2019. It was unknown at the time of the first stipulation how long it would take for the expert to draft a report. To that end, the parties stipulated that Plaintiff may have up to and including November 21, 2019 in which to submit an expert report, but may request additional time should the need for such an extension arise. **ECF No. 234**.

On November 20, 2019, Plaintiff was informed the expert report would not be ready until December 3, 2019. The parties met and conferred and agreed that Plaintiff may have up to and including December 3, 2019 in which to submit an expert report.

Dated this 20th day of November, 2019.

| KEMP & KEMP | PISANELLI BICE PLLC |
|---|---|
| By: /s/ Victoria L. Neal, Esq.<br>James P. Kemp, Esq., Bar No. 6375<br>Victoria L. Neal, Esq., Bar No. 13382<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, Nevada 89130 | By: /s/ Robert A. Ryan, Esq.<br>Todd L. Bice, Esq., Bar No. 4534<br>Robert A. Ryan, Esq., Bar No. 12084<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff, Andi Kraja* | *Attorneys for Defendant, Bellagio LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 21, 2019.

2