Case: 19-15967, 01/30/2020, ID: 11579541, DktEntry: 15, Page 1 of 2



FILED

JAN 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDI KRAJA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> BELLAGIO, LLC, <br><br> Defendant-Appellant, <br><br> and <br><br> VINCENT ROTOLO, <br><br> Defendant. | No. 19-15967 <br><br> D.C. No. 2:15-cv-01983-APG-NJK <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

On January 6, 2020, the district court vacated the jury verdict and ordered a new trial in this case.

On January 8, 2020, appellant filed a response to this court's May 10, 2019 order, informing the court that this appeal is now moot and that appellant does not intend to prosecute this appeal.

Appellant's January 8, 2020 filing is construed as a motion for voluntary dismissal of this appeal. So construed, the motion (Docket Entry No. 13) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

sz/MOATT

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Stephanie Zeller
Deputy Clerk
Ninth Circuit Rule 27-7