# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDI KRAJA | |
| Plaintiff-Appellee, | District No.  2:15-cv-01983-APG-NJK |
| vs. | |
| | U.S.C.A. No.  19-15967 |
| BELLAGIO, LLC, | |
| Defendant-Appellant. | |

## ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on Jan 30, 2020 issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated: January 31, 2020.

_____
Andrew P. Gordon
United States District Judge