1  Todd L. Bice, Esq., Bar No. 4534
   TLB@pisanellibice.com
2  Robert A. Ryan, Bar No. 12084
   RR@pisanellibice.com
3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
4  Las Vegas, NV  89101
   Telephone:  702.214.2100
5
   *Attorneys for Defendant, Bellagio, LLC*
6

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

9

| | |
|---|---|
| ANDI KRAJA, an individual; | Case No. 2:15-cv-01983-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| BELLAGIO, LLC, a Nevada Corporation; VINCENT ROTOLO, an individual; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive, | |
| Defendants. | |

Plaintiff ANDI KRAJA (hereinafter "Plaintiff") and Defendant BELLAGIO, LLC (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and

…

…

…

1

agree that all claims brought by all parties in the above entitled action shall be dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: May 21, 2021. | Dated: May 21, 2021 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Victoria L. Neal | /s/ Robert A. Ryan |
| JAMES P. KEMP, ESQ.<br>VICTORIA L. NEAL, ESQ.<br>KEMP & KEMP, ATTORNEYS AT LAW | TODD L. BICE, ESQ.<br>ROBERT A. RYAN, ESQ.<br>PISANELLI BICE, PLLC |
| *Attorneys for Plaintiff, ANDI KRAJA* | *Attorneys for Defendant, BELLAGIO, LLC* |

**ORDER**

**IT IS SO ORDERED** this _____ day of May 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

2