Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Robert A. Ryan, Bar No. 12084
RR@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100

*Attorneys for Defendant, Bellagio, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDI KRAJA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada Corporation; VINCENT ROTOLO, an individual; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants. | Case No. 2:15-cv-01983-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 266 |

Plaintiff ANDI KRAJA (hereinafter "Plaintiff") and Defendant BELLAGIO, LLC (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and

…

…

…

1

agree that all claims brought by all parties in the above entitled action shall be dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: May 21, 2021. | Dated: May 21, 2021 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Victoria L. Neal | /s/ Robert A. Ryan |
| JAMES P. KEMP, ESQ. | TODD L. BICE, ESQ. |
| VICTORIA L. NEAL, ESQ. | ROBERT A. RYAN, ESQ. |
| KEMP & KEMP, ATTORNEYS AT LAW | PISANELLI BICE, PLLC |
| *Attorneys for Plaintiff, ANDI KRAJA* | *Attorneys for Defendant, BELLAGIO, LLC* |

### ORDER

Based on the parties' stipulation **[ECF No. 266]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 25, 2021

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101